IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWIN PEREZ,

    Plaintiff,

v.

BONNIE SULLIVAN, TROY POTOCKI,
CRAIG JONES, STEVE SANFORD,
DION WATKINS, DANNY BRITTON,
C/O ANDERSON #10506,
GEORGE WELBORN JR.,
DONALD SNYDER JR.,
TWYLA WALTON, MELVIN POWER,

    Defendant(s).                      Case No. 02-cv-1138-DRH

### ORDER

**HERNDON, District Judge:**

        This cause comes before the Court on Defendants' Motion to Continue Final Pre-Trial Conference Set for July 13 (Doc. 69). Defendants' counsel states she has an unavoidable scheduling conflict with the current conference date and requests only that the final pre-trial conference date be rescheduled – counsel does *not* also request a continuance of the trial date. Defendants' counsel also states that Plaintiff is willing to continue the final pre-trial conference provided the Department of Corrections grant Plaintiff another traveling permit. Because it takes at least one month to arrange for Plaintiff's subsequent traveling permit, Defendants' counsel requests a continuance of sometime after August 13, 2006.

The Court hereby **GRANTS** Defendants' Motion to Continue Final Pre-Trial Conference Set for July 13 (Doc. 69).  The Final Pre-Trial Conference in this matter is rescheduled for **Friday, August 25, 2006, at 2:00 p.m.**

**IT IS SO ORDERED.**

Signed this 5th day of July, 2006.

/s/        David   RHerndon
**United States District Judge**