IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EDWIN PEREZ,**

    **Plaintiff,**

v.

**TROY POTOCKI, and**
**STEVE SANFORD,**

    **Defendants.**    Case No. 02-cv-1138-DRH

**ORDER**

**HERNDON, District Judge:**

During the final pretrial conference in this matter, held on September 8, 2006 (*see* Doc. 71), Plaintiff made an oral Motion for Appointment of Counsel. Plaintiff specified that his request was for counsel to be appointed to serve in an advisory capacity during trial. Upon consideration of the complexity involved in representing oneself *pro se* and noting no opposition from defense counsel, the Court **GRANTS** Plaintiff's Motion. Accordingly, it hereby **APPOINTS** attorney John D. Stobbs, II, of Stobbs Law Offices, 307 Henry Street, Suite 211, Alton, Illinois 62002, to serve as Plaintiff's advisory counsel.[1]

In so doing, the Court makes it explicitly clear that Mr. Stobbs is to serve as Plaintiff's advisory counsel *only*, as requested by Plaintiff. Advisory counsel

---

[1] The Court notes that it has already provided Plaintiff's contact information to Mr. Stobbs.

shall be available during trial to aid Plaintiff in making objections, if needed, and other issues which may arise at trial. Plaintiff will remain lead counsel, representing himself *pro se*. Therefore, although Plaintiff and Mr. Stobbs may converse prior to trial regarding preparation, strategy, etc., Mr. Stobbs is under <u>no</u> obligation from this Court to prepare Plaintiff's case, but may remain, as reasonably necessary, available to advise Plaintiff regarding his own trial preparation. The Court therefore cautions Plaintiff that appointed counsel in this matter is a privilege, and if he abuses this privilege, it will be revoked.

**IT IS SO ORDERED.**

Signed this 11th day of September, 2006.

/s/      David   RHerndon
**United States District Judge**